IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division DOCKET NO. 5:06-CR-290-1BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> **Robert Elwood Miller Jr.** ) <br> ) | ORDER |

On this 23rd day of July, 2018, comes Christopher Studley, U.S. Probation Officer, who shows the court that Robert Elwood Miller Jr. appeared before the Honorable W. Earl Britt, Senior U.S. District Judge, on September 04, 2007, and upon a plea of guilty to Bank Robbery in violation of 18 U.S.C. § 2113(a), was placed on supervision for a period of 36 months supervised release.

The defendant absconded from supervision on or about July 14, 2018, and his whereabouts were unknown. On July 17, 2018, a Motion for Revocation was filed and a warrant was issued. On July 23, 2018, the U.S. Probation Officer located the offender in the Intensive Care Unit at UNC/REX Hospital in Raleigh, North Carolina.

A state and national criminal records check revealed no new criminal conduct, the ends of justice would best be served by vacating the warrant issued on July 17, 2018.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the warrant issued for this defendant be vacated and declared void.

This the 23rd day of July, 2018

W. Earl Britt
Senior U.S. District Judge